# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joy Godleski

* Debtor(s)

Case Number: **5-16-01610**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice & Debtor's Motion to Suspend Temporarily Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: December 13, 2016

SIGNED: *Lena Henley*

TITLE: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 13 |
| JOY A. GODLESKI | : | |
| a/k/a Joy Ann Godleski | : | |
| a/k/a Joy Godleski | : | CASE NO. 5-16-01610 |
| Debtor(s) | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOY A. GODLESKI | : |
| a/k/a Joy Ann Godleski | : |
| a/k/a Joy Godleski | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **January 3, 2017.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| DATE: 12/13/16 | Clerk, U.S. Bankruptcy Court |
| | 197 South Main Street |
| Tullio DeLuca, Esquire | Wilkes-Barre, PA 18701 |
| PA ID# 59887 | |
| Attorney for Debtors/Movants | |
| 381 N. 9th Street | |
| Scranton, PA 18504 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 13 |
| JOY A. GODLESKI | : | |
| a/k/a Joy Ann Godleski | : | |
| a/k/a Joy Godleski | : | CASE NO. 5-16-01610 |
| Debtor(s) | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOY A. GODLESKI :
a/k/a Joy Ann Godleski :
a/k/a Joy Godleski :
        MOVANT :
VS. :
CHARLES J. DEHART, III, ESQ. :
        RESPONDENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtors' Motion to Suspend Temporarily Trustee Payments is granted and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months for December 2016 through February 2017, due to increase in expenses and it is further ordered that if the Debtors situation improves prior to the three (3) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 13 |
| JOY A. GODLESKI | : | |
| a/k/a Joy Ann Godleski | : | |
| a/k/a Joy Godleski | : | CASE NO. 5-16-01610 |
| Debtor(s) | : | |

*************************************************************************

| | | |
|---|---|---|
| JOY A. GODLESKI | : | |
| a/k/a Joy Ann Godleski | : | |
| a/k/a Joy Godleski | : | |
| MOVANT | : | |
| VS. | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENT | : | |

*************************************************************************

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS
*************************************************************************

AND NOW COMES, the Debtor, Joy A. Godleski, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on April 15, 2016

2. That Debtor's Chapter 13 Plan provides for monthly payments of $149.00 to the Chapter 13 Trustee to pay unsecured creditors.

3. Debtor is undergoing surgery. Therefore, Debtor has experienced a temporary decrease in monthly income and increase in monthly expenses.

4. Debtor is unable to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of December 2016. If Debtor immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtors respectfully request that this Court enter an Order allowing for a suspension of Trustees monthly payment for a period of at least three (3) months and directing the Debtors to commence making monthly payments sooner if Debtors' immediate problem stabilizes.

Respectfully submitted,

Dated: December 12, 2016  /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Street
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtors

| | | |
|---|---|---|
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE BANK, N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 |
| CITI CARDS<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6500 | COMPLETE PAYMENT RECOVERY SERVICES<br>3500 5TH ST<br>NORTHPORT, AL 35476-4723 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| KML LAW GROUP<br>JOSHUA GOLDMAN<br>701 MARKET ST., STE 5000<br>PHILADELPHIA, PA 19106-1541 | M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE, NY 14221-7748 | M &T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 |
| MOHEGAN SUN<br>1280 HWY 315<br>WILKES-BARRE, PA 18702-7002 | PNC BANK<br>CONSUMER LOAN CENTER<br>2730 LIBERTY AVE<br>PITTSBURGH, PA 15222-4704 | PNC BANK NATIONAL ASSOC.<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342-5421 |
| PORTFOLIO RECOVERY ASSOC.<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 | RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL 33131-1605 | WELLS FARGO BANK, N.A.<br>PO BOX 19657<br>IRVINE, CA 92623-9657 |
| WELLS FARGO DEALER SERVICES<br>MAC- T9017-026<br>PO BOX 168048<br>IRVING, TX 75016-8048 | ZICKLER & ASSOCIATES, PC<br>3220 TILLMAN DRIVE<br>BENSALEM, PA 19020-2028 | |