# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joy A. Godleski<br>        <u>Debtor(s)</u> | BKY. NO. 16-01610 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7150

                          Respectfully submitted,

                          **/s/ Thomas Puleo**
                          Thomas Puleo, Esquire
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406
                          Attorney for Movant/Applicant