```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-01610-JJT
Joy A. Godleski                                                     Chapter 13
         Debtor                CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRatchfor              Page 1 of 1              Date Rcvd: Jan 05, 2017
                             Form ID: pdf010              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.
db         +Joy A. Godleski,   8 Flaherty Dr.,   Wilkes-Barre, PA 18706-3058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: camanagement@mtb.com Jan 05 2017 19:59:45     M&T Bank,   1100 Wehrle Drive,
             Williamsville, NY  14221
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor   PNC Bank, National Association tpuleo@goldbecklaw.com
              Tullio  DeLuca    on behalf of Debtor Joy A. Godleski tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 13 |
| JOY A. GODLESKI | : | |
| a/k/a Joy Ann Godleski | : | |
| a/k/a Joy Godleski | : | CASE NO. 5-16-01610 |
| Debtor(s) | : | |

*********************************************************************

| | |
|---|---|
| JOY A. GODLESKI | : |
| a/k/a Joy Ann Godleski | : |
| a/k/a Joy Godleski | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*********************************************************************

**ORDER**

*********************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtors' Motion to Suspend Temporarily Trustee Payments is granted and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months for December 2016 through February 2017, due to increase in expenses and it is further ordered that if the Debtors situation improves prior to the three (3) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: January 4, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)