UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 1601610

In re: JOY A. GODLESKI

Account Number: 6830

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 5 filed on or about 08/30/2016 in the amount of $714.73 .

On this 8/28/2018.


By: /s/ Carol E. Hardy
    Carol E. Hardy, VP Bankruptcy Operations
    PRA Receivables Management, LLC.
    POB 41067
    Norfolk, VA 23541
    E-mail: Bankruptcy_Info@portfoliorecovery.com