Certificate Number: 15317-PAM-DE-033772652

Bankruptcy Case Number: 16-01610



15317-PAM-DE-033772652

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on December 2, 2019, at 10:50 o'clock AM PST, Joy Godleski completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 2, 2019

By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor